**CONSTRUCTIVE NOTICE AND DEMAND FOR ADEQUATE ASSURANCE OF DUE PERFORMANCE**

April 11, 2006

Dear Dispute Department:

I hereby give actual notice to OPTION ONE MORTGAGE CORPORATION ("OPTION ONE") for adequate assurance of due performance regarding the above mentioned account. Notice to the Principals is Notice to the Agent and Notice to the Agent is notice to the Principals.

I have conducted a reasonable investigation and inquiry into this matter. I have consulted the Federal Reserve Publications, and relevant sections of the law and have concluded that OPTION ONE may have breached the original Promissory Note agreement by failing to provide adequate and valuable consideration and full disclosure of the original terms and conditions of the alleged original agreement.

This notice is not a refusal to pay, but in order for me to proceed with any further payments I am requesting OPTION ONE execute the attached affidavit and return it to me within thirty (30) days as provided by law that affirms whether OPTION ONE has followed the bookkeeping entries under the Generally Accepted Accounting Principles and Procedures (hereinafter "GAAP"), and the Federal Reserve Bank's polices and procedures.

All communications or omissions will be made a part of an incorporated into any litigation arising from this matter.

Therefore, if you choose not to answer this notice by either admitting or denying the allegations within thirty (30) days or requesting additional time, it will be assumed that your failure to act confirms that no further action will be taken, no further payments are required, and an absolute waiver of any right to collect, sell or transfer the alleged debt.
Again, non-responsive letters or refusal to respond will be regarded as an admission of my claims. Thank you for your time.

Signed without prejudice:

By: Matthew J Falcone©

EXHIBIT A

# AFFIDAVIT

The undersigned affidavit, being duly sworn on oath, deposes and states that he/she is authorized to collect the alleged OPTON ONE MORTGAGE CORPORATION ("OPTION ONE") loan number 0014814735 (hereinafter "alleged loan") and has requisite knowledge of the facts related to the alleged promissory note agreement.

I hereby give assurance that the original creditor and financial institution involved with the alleged extension of credit or loan to the alleged consumer MATTHEW J FALCONE (hereinafter "alleged consumer") followed Generally Accepted Accounting Principles ("GAAP") as required by law and indicated by OPTION ONE CPA audit reports.

I further give assurance that the original lender of financial institution involved with the alleged loan, or funding of the charges in the amount of the promissory note agreement did not accept, receive or deposit any money, money equivalent, note, credit or capital from the alleged consumer and to fund a note, check or similar instrument that was used to finance/fund the charges on the alleged loan.

I give further assurance that all material facts involved regarding the alleged account have been disclosed in the original alleged promissory note.

I have personal knowledge that the original alleged promissory note was not altered or forged in any way.

I have personal knowledge regarding the facts and information in this Affidavit, WHEREFORE I hereby declare under penalty of perjury under the laws of the State of Rhode Island that this Affidavit is true, correct and complete and if any statements are willfully false, I am subject to penalty.

Signed: