000272

2006 APR 17 PM 1:40 400

# NOTICE OF DISPUTE

This notice is to inform OPTION ONE MORTGAGE CORPORATION ("OPTION ONE") that the entire balance

on loan number 0014814735 is being disputed.

Enclosed are the reasons for the dispute.

MATTHEW J FALCONE©

EXHIBIT

tabbies

B