OPTION ONE
MORTGAGE
*One gets it done.*

H&R BLOCK
mortgage

April 24, 2006

Matthew Falcone
31 America St.
Providence, RI 02903

Re: Loan No. 0014814735

Dear Mr. Falcone:

This letter is the response of Option One Mortgage Corporation ("Option One") to your letter dated April 11, 2006, which we received in the legal department on April 17, 2006. In that letter you indicate you are requesting that Option One "validate this alleged debt..." ,(which was apparently listed on your credit report under "account number 6470014814735") under the FDCPA (15 U.S.C. § 1692g). A true and correct copy of your letter is attached hereto as **Exhibit 1**.

With respect to your claim regarding validation of debt, you are not entitled to such validation. Option One is committed to complying with all required disclosures. However, the Fair Debt Collection Practices Act does not apply to Option One with respect to your loan, because Option One is not a debt collector as far as your loan is concerned. 15 U.S.C. § 1692g(a), which deals with validation of debts, explicitly states, "Within five days after the initial communication with a consumer in connection with the collection of any debt, ***a debt collector*** shall ... send the consumer a written notice...[validating the debt]" (emphasis added). Also, the section cited by you, 15 U.S.C. § 1692g(b), provides, in pertinent part, that "If the consumer notifies the *debt collector* in writing ... that the debt ... is disputed ... the *debt collector* shall cease collection of the debt ... until the *debt collector* obtains verification..." (emphasis added).

Under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692a(6), in pertinent part, a debt collector is defined as:

> any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. ... The term does not include ... (F) any person collecting or attempting to collect any debt owed or due or asserted to be owed or due another to the extent such activity ... (ii) concerns a debt which was originated by such person, (iii) concerns a debt which was not in default at the time it was obtained by such person.

Option One does not meet the definition of a debt collector with respect to your loan because, *inter alia*, (1) the principal purpose of Option One's business is not debt collection, (2) Option One originated your loan, and (3) Option One serviced the loan from the time before the first payment could have been in default, and therefore, by definition, the debt was not in default when Option One began servicing it. Thus, Option One is not required to comply with your demand,

EXHIBIT C

OPTION ONE
MORTGAGE

H&R BLOCK
mortgage

whether it be one for validation or verification. Nevertheless, we have provided for you copies of your Note and recorded Mortgage which are attached hereto as **Exhibits 2** and **3**, respectively, to reacquaint you with the terms of your obligation.

From the documentation you have submitted to us, it appears that you have encountered so-called "Mortgage Elimination" companies. These organizations purport to be able to eliminate the mortgage debts of consumers, for a fee, by claiming that borrowed funds, such as those you borrowed from Option One, are not valid or legal funds, and that the borrower therefore owes nothing on the loan. They supply the borrower with legal sounding but irrelevant documentation, including promissory notes, private notices of claim, bills of exchange and quasi contracts, and demands for validation, none of which affect the borrower's loan, or the lender's security for the loan, in the least. Your document does not have any effect whatsoever on your mortgage loan.

These schemes are nothing but frauds on you, the borrower. Borrowers pay funds in exchange for documents full of ineffectual jargon (or find them on the internet) that sound official, but are in fact useless. Our office has reviewed the websites of such organizations, as well as their documentation, and we have no qualms telling you that, if you paid money for this document, you have been taken. I personally have encountered numerous documents containing the exact language found in your document. These kinds of documents cannot, and do not, operate to eliminate, reduce or affect the validity of your mortgage. If you paid for it, we suggest you consult a consumer rights attorney to possibly pursue a complaint against whoever sold you this document **(Exhibit 1)** for unfair and misleading business practices (or whatever similar causes of action exist in your jurisdiction for this type of scam). We trust this response is sufficient to bring this matter to a close.

In light of the above, it will not be necessary for Option One to respond, nor will I or anyone else at Option One respond, to any future correspondence from you or anyone purporting to act on your behalf, with the same or similar content as the correspondence to which this is a response.

Very truly yours,

OPTION ONE MORTGAGE CORPORATION

Enc. (Exhibits)

6501 Irvine Center Drive • Irvine • California 92618 • 949-790-8100 • Fax 949 790 8505