u10.

000085

2006 MAY 17 AM 9: 16

May 12, 2006

1484735

OPTION ONE MORTGAGE CORPORATION
3 ADA
IRVINE, CA

Dear Sir,

Your letter dated April 24, 2006 is treated as a *non-response*.

OPTION ONE MORTGAGE CORPORATION ("OPTION ONE") has not provided evidence of validation of the alleged debt by providing adequate assurance of due performance.

OPTION ONE has not provided evidence that valuable consideration was provided for alleged promissory note.

OPTION ONE has not provided the *original* signed promissory note for the alleged debt.

OPTION ONE has not furnished evidence of adherence to Generally Accepted Accounting Practices and Procedures ("GAAP").

Whereas, OPTION ONE's failure to furnish this information in a timely manner, OPTION ONE is in default and has relinquished any/all rights to collect any alleged debt.

Sincerely,

MATTHEW J FALCONE©
Without prejudice

(Encl.)

EXHIBIT
tabbles
D