(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RI

MATTHEW FALCONE

**SUMMONS IN A CIVIL CASE**

V.

SOUTH COUNTY MORTGAGE CORP CASE NUMBER: CA 06 363 T

TO: (Name and address of Defendant)

SOUTH COUNTY MORTGAGE CORP
120 OLD MOUNTAIN RD.
RICHMOND, RI 02892

AFS: FRANK SCIACCA, ESQ
1312 ATWOOD AVE
JOHNSTON, RI 02919

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MATTHEW FALCONE
31 AMERICA ST.
PROV., RI 02903

nswer to the complaint which is served on you with this summons, within 20 days after service
iis summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
he relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
:k of this Court within a reasonable period of time after service.

RK

9-25-06
DATE

DEPUTY CLERK

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| of the Summons and complaint was made by me[1] | DATE 9-25-06 |
| SERVER (PRINT) EDWIN J Semper JR | TITLE Federal Process Server |

*k one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): Served AFS Frank Sciacca 1312 Atwood Ave Johnston RI For South County Mortgage Corporation

## STATEMENT OF SERVICE FEES

| | | |
|---|---|---|
| | SERVICES $45.00 | TOTAL 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-25-06
Date

Edwin J Semper Jr
*Signature of Server*

56 Hunters Run N. Prov RI
*Address of Server*

FILED
2006 SEP 29 A 11:28
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.