UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE<br>Plaintiff, | : | |
| v. | : | Case No. CA 06-363T |
| OPTION ONE MORTGAGE and<br>SOUTH COUNTY MORTGAGE CORP.<br>Defendants | : | |

**DEFENDANT SOUTH COUNTY MORTGAGE CORP.'S ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT**

**PARTIES**

1. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation that Plaintiff is a resident of the State of Rhode Island, residing at 31 America Street, Providence, RI 02903.

2. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 2 of Plaintiff's Verified Complaint.

3. Admitted.

**VENUE**

4. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 4 of Plaintiff's Verified Complaint.

**JURISDICTION**

5. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 5 of Plaintiff's Verified Complaint.

**FACTS OF CASE**

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 10 of Plaintiff's Verified Complaint.

11. Denied.

12. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 12 of Plaintiff's Verified Complaint.

13. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 13 of Plaintiff's Verified Complaint.

**FIRST CAUSE OF ACTION TILA VIOLATION, DECLARATORY JUDGEMENT ON RECESSION BY WAY OF RECOUPMENT**

14. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 14 of Plaintiff's Verified Complaint.

15. Denied.

16. Denied.

15. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 14 of Plaintiff's Verified Complaint.

**SECOND CAUSE OF ACTION VIOLATION OF RHODE ISLAND'S UNFAIR AND DECEPTIVE PRACTICES ACT**

16. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 16 of Plaintiff's Verified Complaint.

17. Denied.

18. Denied.

**PRELIMINARY INJUNCTIVE RELIEF**

19. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 19 of Plaintiff's Verified Complaint.

20. Defendant SOUTH COUNTY MORTGAGE CORP. does not have sufficient information to admit or deny the allegation contained in para. 20 of Plaintiff's Verified Complaint.

21. Denied.

22. Denied.

23. Denied.

Date: 10/13/06

Defendant,
SOUTH COUNTY MORTGAGE CORP.
By Its Attorneys,

Albert E. Medici, Jr., Esq.
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, RI 02919
Telephone (401) 946-3910
Facsimile (401) 942-4918

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Failure to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Failure to condition precedent.

**THIRD AFFIRMATIVE DEFENSE**

Waiver / Estoppel.

**FOURTH AFFIRMATIVE DEFENSE**

Failure of consideration.

**FIFTH AFFIRMATIVE DEFENSE**

Release.

Defendant,
SOUTH COUNTY MORTGAGE CORP.
By Its Attorneys,

Albert E. Medici, Jr., Esq.
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, RI 02919
Telephone (401) 946-3910
Facsimile (401) 942-4918

**CERTIFICATION**

I hereby certify that the within document was served on all parties hereto by mailing a copy first class mail postage prepaid to the address of pro se plaintiff as follows:

Matthew Falcone
31 America Street
Providence, Rhode Island 02903

Date: 10/16/06