Carroll, Kelly & Murphy
Attn: Patricia A. Buckley
One Turks Head Place
Suite 400
Providence, Rhode Island 02903

CA 06-363T

Dear Ms. Buckley,

I regret that due to an unfortunate accident, a severe eye injury, that I must request a further postponement of the scheduled deposition date of Jan. 10, 2007 to not earlier than Feb. 12, 2007.

Also, due to this unfortunate event, I am now seeking to retain full-time counsel to represent me as I am no longer able to effect and maintain proper and due diligence in the litigation of this case.

A copy of this notice will be filed with the court.

Sincerely,

Matthew J. Falcone

Matthew J. Falcone

I certify that a copy of this notice was sent postage prepaid to Ms. Patricia Buckley, attorney at CARROLL, KELLY & MURPHY on January 10, 2007.

/s/ Matthew J. Falcone