UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATTHEW FALCONE :
:
vs. : C.A. No. 06-363 T
:
OPTION ONE MORTGAGE Corp. and :
SOUTH COUNTY MORTGAGE CORP. :

**DEFENDANT OPTION ONE MORTGAGE CORP.'S**
**MOTION TO COMPEL PLAINTIFF'S DEPOSITION**

Defendant Option One Mortgage Corp. hereby moves for an order of this Court compelling the plaintiff, Matthew Falcone, to appear for his deposition in this matter within thirty days of the hearing hereon. In support of this motion, the Court is respectfully referred to the Memorandum of Law filed contemporaneously herewith.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 14th day of February, 2007, I mailed a true copy of the within document to the plaintiff, Matthew Falcone, *pro se*, 31 America Street, Providence, RI 02903 via first class mail, postage prepaid and a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com will receive notice through the ECF system.
.

/s/ Patricia A. Buckley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE Corp. and | : | |
| SOUTH COUNTY MORTGAGE CORP. | : | |

**DEFENDANT, OPTION ONE MORTGAGE CORP.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFF'S DEPOSITION**

In support of its Motion to Compel the Plaintiff's Deposition, defendant Option One Mortgage Corp. states as grounds therefore the following:

1. This matter is a Truth In Lending Act (TILA) case in which the plaintiff appears pro se alleging that he was not given two copies of the Right To Cancel at the time of the closing on his refinancing loan with the defendant. The plaintiff's deposition was originally noticed by the defendant on September 8, 2006 for October 17, 2006. Because co-defendant South County Mortgage Corp., the mortgage broker involved in the transaction, was not served until early October, the deposition was re-noticed for November 20, 2006 on October 12, 2006 in order to give the co-defendant an opportunity to answer the case.

2. On November 17, 2006, counsel for South County Mortgage Corp. requested that the date of the deposition be changed to November 21, 2006. A letter to

this effect was sent to Mr. Falcone because he had not provided his telephone number on any of his pleadings. See Exhibit A attached hereto, which contains copies of all correspondence referenced herein in chronological order. On November 20, 2006 he faxed a letter to counsel indicating the he was unavailable on the 21st and would only be available between December 11th and December 15th before the New Year. The deposition was then noticed for December 13, 2006.

3. On December 13, 2006, Mr. Falcone left a voice mail message for Option One's counsel indicating that he would be unable to attend the scheduled deposition due to an unspecified medical issue. At that time, counsel forwarded a letter to Mr. Falcone continuing the deposition to January 10, 2007 and indicating that it was the last such continuance that would be granted absent a court order.

4. On January 10, 2007, Mr. Falcone emailed Option One's counsel at 12:00 pm indicating that he would not be present for that day's deposition "due to an unfortunate accident, a severe eye injury." He further stated that he could not be deposed prior to February 12, 2007 and was seeking "full-time counsel" to represent him. The deposition was re-noticed for February 13, 2007. The letter from Option One's counsel which accompanied the deposition notice to Mr. Falcone indicated that it would be necessary for him to attend the deposition or counsel would file a motion to compel with the court. Further, it requested copies of Mr. Falcone's medical records relating

to his eye injury so that the reason for the prior cancellation could be verified. He did not respond to this letter.

5. On February 13, 2007 at 12:11 pm, Mr. Falcone left a voice mail message for Option One's counsel indicating that he would not be attending because he had not obtained an attorney to represent him. When counsel immediately returned the phone call, it was not answered. Counsel left a message for Mr. Falcone that the deposition would be going forward and would not be continued. He failed to appear.

6. At this point, it appears that Mr. Falcone has no intention of presenting himself for deposition. Further, he has had ample opportunity to obtain counsel and, in fact, copied his November 20, 2006 letter to "Assistance of Council [sic]" and his email return address for his January 10, 2007 email was TILA@safe-mail.net. It would therefore appear that the plaintiff has been receiving some legal assistance with this matter. The case is not a complicated one and will turn on the credibility of the plaintiff. It is necessary for the defendants to obtain the plaintiff's deposition in order to determine what additional discovery, if any, is required. To date, the plaintiff has effectively stymied the defendants attempts to move this matter forward. Meanwhile, he has failed to make any mortgage payments since April of 2006, has clouded the title to the property in such a way that Option One cannot proceed to foreclose and remains at the property.

WHEREFORE, defendant Option One Mortgage Corp. respectfully requests that its Motion to Compel the plaintiff's deposition be granted and that the plaintiff be

ordered by this Court to submit for deposition within 30 days of the hearing hereon.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 14th day of February, 2007, I mailed a true copy of the within document to the plaintiff, Matthew Falcone, *pro se*, 31 America Street, Providence, RI 02903 via first class mail, postage prepaid and a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com will receive notice through the ECF system.
.

/s/ Patricia A. Buckley