CARROLL, KELLY & MURPHY
COUNSELLORS AT LAW

ONE TURKS HEAD PLACE, SUITE 400
PROVIDENCE, RHODE ISLAND 02903
TELEPHONE (401) 331-7272
FACSIMILE (401) 331-4404

November 17, 2006

Matthew Falcone
31 America St.
Providence, RI 02903

RE: Falcone
V: Option One Mortgage Corp and South County Mortgage Corp.
Our File 06247
C.A. No. 06-363T

Dear Mr. Falcone:

Attorney Medici, who represents South County Mortgage Corp., has requested that your deposition be changed. Instead of Monday, November 20, 2006, we are exploring the possibility of conducting the deposition on Tuesday, November 21, 2006 at 2:00 pm. Upon receipt of this letter, please call me so we can arrange a new date.

Very truly yours,

PATRICIA A. BUCKLEY
PAB/sg

cc: Albert Medici, Jr., Esq.
(via facsimile only)

EXHIBIT A

Falcone Phone?

Company Name
CARROL, KELLY & MURPHY

Phone Number 401-331-7272
Fax Number 401-331-4404

FAX TRANSMITTAL FORM

To: CARROLL, KELLY & MURPHY
Name: Ms. Patricia A. Buckley
CC:
Phone:401-331-7272
Fax:401-331-4404

From: Matthew Falcone
Date Sent:11-20-06

Number of Pages:1

Message: MESSAGE ATTACHED

12/13

Mr. Matthew Falcone
31 America Street
Providence, Rhode Island 02903

November 20, 2006

CARROL, KELLY & MURPHY
Attn: Patricia A. Buckley
One Turks Head Place, Suite 400
Providence, Rhode Island 02903
Fax (401) 331-4404

Re: Deposition Scheduling

Dear Ms. Buckley:

Due to the nature of the Holidays this week, I will be unable to meet at the **date and time** as you have suggested in your rescheduling of my deposition. I am truly sorry for this late notice as it has been to issues out of my direct control.

I also am still seeking to find assistance of council and hope to have this completed within the next two weeks.

My next open date is the week of December the 11th thru the 15th or there after until the week of Christmas and the New Year.

I would be happy to hold our Rule 26(f) Conference during this time as well.

Kindest regards,

Matthew Falcone

Cc: Assistance of Council

CARROLL, KELLY & MURPHY
COUNSELLORS AT LAW

ONE TURKS HEAD PLACE, SUITE 400
PROVIDENCE, RHODE ISLAND 02903
TELEPHONE (401) 331-7272
FACSIMILE (401) 331-4404

December 13, 2006

Mr. Matthew Falcone
31 America St.
Providence, RI 02903

RE: Falcone
V: Option One Mortgage Corp and South County Mortgage Corp.
Our File 06247
C.A. No. 06-363T

Dear Mr. Falcone:

Enclosed please find a Notice of Deposition rescheduling your deposition for January 10, 2007 at 2:00 p.m. I have rescheduled the deposition because you left me a voicemail message this morning indicating you are unable to attend your scheduled deposition of today's date because of a medical issue. I have accommodated you but wish to advise you that this is the last time I will continue the deposition absent a Court Order. Therefore, I expect you to present yourself for deposition on January 10, 2007 at 2:00 p.m. in my office.

Very truly yours,

PATRICIA A. BUCKLEY
PAB/mb

cc: Albert Medici, Jr., Esq.

**Patricia Buckley**

**From:** tila@Safe-mail.net
**Sent:** Wednesday, January 10, 2007 11:58 AM
**To:** Patricia Buckley
**Subject:** Falcone deposition/1-10-07

To: Carrol, Kelly & Murphy

Dear Ms. Buckley,

I regret that due to an unfortunate accident, a severe eye injury, that I must request a further postponement of the scheduled depostion date of Jan. 10, 2007 to not earlier than Feb. 12, 2007.

Also, due to this unfortunate event, I am now seeking to retain full-time counsel to represent me as I am no longer able to effect and maintain proper and due diligence in the litigation of this case.

Sincerely,

Matthew J. Falcone

A copy of this notice will be filed with the court.

CARROLL, KELLY
& MURPHY
COUNSELLORS AT LAW

ONE TURKS HEAD PLACE, SUITE 400
PROVIDENCE, RHODE ISLAND 02903
TELEPHONE (401) 331-7272
FACSIMILE (401) 331-4404

January 11, 2007

Mr. Matthew Falcone
31 America St.
Providence, RI 02903

RE: Falcone
V: Option One Mortgage Corp and South County Mortgage Corp.
Our File 06
C.A. No. 06-363T

Dear Mr. Falcone:

I received your email at 12:10 p.m. on the day of your scheduled deposition. I am sure you understand that I have been trying to take your deposition for some time now and I cannot allow you to keep canceling at the last minute. You have also been indicating for months that you are seeking an attorney and expected to have one. Further, your paperwork indicates that you have received assistance of counsel on this matter and, in fact, one letter that you sent to me was copied to "Assistance of Counsel." I cannot wait for you to find an attorney to take your case before I attempt to move this matter along.

I have again scheduled your deposition, this time for February 13, 2007. If you do not appear for your deposition on that date, for whatever reason, I will file a motion with the court to compel you to attend and ask the court to dismiss your case if you fail to do so. In the meantime, please forward copies of your medical records related to your "severe eye injury" in order to verify the reason for your failure to attend your deposition on January 10, 2007.

Very truly yours,

PATRICIA A. BUCKLEY
PAB/mb

cc: Albert Medici, Jr., Esq.
Amy Lebata, Option One Mortgage Corp.