UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE Corp. and SOUTH COUNTY MORTGAGE CORP. | : | |

**SIXTH NOTICE TO TAKE DEPOSITION**

**DEPONENT**: **Matthew Falcone**
**DATE:** **Wednesday, March 28, 2007**
**TIME**: **2:00 p.m.**

Please take notice that pursuant to R.C.P. 26, **and in accordance with the March 6, 2007 decision of Magistrate-Judge Almond ordering that the plaintiff submit for deposition no later than March 30, 2007**, the defendant, Option One Mortgage Corp., in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and at the time above stated at the offices of **Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, Rhode Island** before a Notary Public commissioned in the State of Rhode Island.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 6th day of March, 2007, I mailed a true copy of the within document to the plaintiff, Matthew Falcone, *pro se*, 31 America Street, Providence, RI 02903 via first class mail, postage prepaid and a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com will receive notice through the ECF system.

.

/s/ Patricia A. Buckley