UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| v. | : | C.A. No. 06-363T |
| | : | |
| OPTION ONE MORTGAGE | : | |
| CORPORATION, et al. | : | |

**ORDER**

On February 14, 2007, Defendant Option One Mortgage Corporation ("Defendant") moved to Compel Plaintiff's deposition. Plaintiff's deposition was originally noticed on September 8, 2006 and was postponed several times by Plaintiff. Defendant's Motion to Compel was granted on March 6, 2007, and Plaintiff was ordered to make himself available for deposition no later than March 30, 2007. Plaintiff has not complied. Thus, Plaintiff is ORDERED to make himself available for deposition by Defendant no later than April 18, 2007. As discussed at today's Rule 16 conference, such deposition shall initially be limited to three and one-half hours in length. Further, Plaintiff was advised at the conference and is again advised that failure to comply with this Order may result in sanctions against him.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States District Court
April 4, 2007