UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE Corp. and | : | |
| SOUTH COUNTY MORTGAGE CORP. | : | |

**DEFENDANT OPTION ONE MORTGAGE CORP.'S**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Defendant, Option One Mortgage Corp., hereby moves for an Order of this Court compelling the plaintiff to produce the documents that are contained in a red paper folder which the plaintiff repeatedly referred to, read and fingered throughout his deposition of April 24, 2007. Counsel requested an opportunity to review the documents at the time of the deposition but the plaintiff and his attorney refused to allow counsel to do so. The plaintiff testified that the documents consisted of his internet research, upon which he has based his complaint and the allegations in this matter. The information is therefore relevant to the proceedings and discoverable since the plaintiff relied upon it in testifying at his deposition.

WHEREFORE, the defendant, Option One Mortgage Corp. requests that its motion be granted and that the plaintiff be required to turn over the red paper folder as it was comprised at the time of his deposition.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 4th day of May, 2007, I mailed a true copy of the within document to the plaintiff, Matthew Falcone, *pro se*, 31 America Street, Providence, RI 02903 and Marty Marran, Esq., Attorney at Law, 260 Lonsdale Avenue, Pawtucket, RI 02860 via first class mail, postage prepaid and a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com will receive notice through the ECF system.

.

/s/ Patricia A. Buckley________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE Corp. and SOUTH COUNTY MORTGAGE CORP. | : | |

**DEFENDANT OPTION ONE MORTGAGE CORP.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

The plaintiff's deposition was held on April 24, 2007. The deposition notice included a request that the plaintiff bring with him to the deposition "[a]ny and all documents in your possession relating in any way to the closing which occurred on December 2, 2004 and any documents that relate in any way to the subject matter of your Complaint." At the time of the deposition, the plaintiff brought with him a group of documents that were stapled together and marked as Defendant's Exhibit MM for purposes of the deposition, that he identified as having been given to him at the closing. In addition, throughout the deposition, the plaintiff kept in front of him a red paper folder containing documents in the inside pockets. He repeatedly referred to, read from and fingered the documents in this folder throughout his deposition. However, when counsel requested an opportunity to review the documents at the conclusion of the deposition, the plaintiff and his attorney refused to allow counsel to do so. The plaintiff indicated that the documents consisted of,

inter alia, his internet research, upon which he has based his complaint and the allegations in this matter.

The information is therefore relevant to the proceedings and discoverable since the plaintiff relied upon it and refreshed his recollection with it in testifying at his deposition. Fed. Rules of Evid. 612, Ward V. Ward, 278 A.2d 472 (RI, 1971), State v. Contrearas, 253 A.2d 612 (RI, 1969). In addition, the plaintiff was unable to answer a number of questions posed as to the source and meaning of the some of the allegations in his complaint beyond identifying that he had obtained the information from the internet. It is, therefore, necessary that the defendant examine the documents that the plaintiff claims have provided him with the basis for his allegations.

WHEREFORE, the defendant, Option One Mortgage Corp. requests that its motion be granted and that the plaintiff be required to turn over the red paper folder as it was comprised at the time of his deposition.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

## CERTIFICATION

I hereby certify that on the 4th day of May, 2007, I mailed a true copy of the within document to the plaintiff, Matthew Falcone, *pro se*, 31 America Street, Providence, RI 02903 and Marty Marran, Esq., Attorney at Law, 260 Lonsdale

Avenue, Pawtucket, RI 02860 via first class mail, postage prepaid and a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com will receive notice through the ECF system.

.

/s/ Patricia A. Buckley