UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| v. | : | C.A. No. 06-363T |
| | : | |
| OPTION ONE MORTGAGE CORPORATION and SOUTH COUNTY MORTGAGE CORPORATION | : | |

**SHOW CAUSE ORDER**

On or before June 15, 2007, counsel for Defendant South County Mortgage Corporation is hereby ORDERED TO SHOW CAUSE, in writing, why he and/or his client should not be sanctioned for failing to appear at a settlement conference held on May 22, 2007. The settlement conference date was noticed by an order issued and served electronically on counsel of record on April 6, 2007. See Document No. 18. Plaintiff accompanied by counsel and counsel for Defendant Option One Mortgage Corporation appeared at the settlement conference. No one appeared for Defendant South County Mortgage Corporation as required by the settlement conference order. In addition to the settlement conference order, my assistant emailed counsel for Defendant South County Mortgage Corporation on May 18, 2007 reminding him about the conference date and inquiring as to the status of his required settlement conference statement. No response was received. After receiving the written response of counsel for Defendant South County Mortgage Corporation to this Show Cause Order, the Court will take further action as deemed appropriate.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
May 23, 2007