UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE<br>Plaintiff, | : | |
| v. | : | Case No. CA 06-363T |
| OPTION ONE MORTGAGE and<br>SOUTH COUNTY MORTGAGE CORP.<br>Defendants | : | |

RESPONSE TO SHOW CAUSE ORDER

Now comes the undersigned, counsel for South County Mortgage Corp., and responds to the Show Cause Order entered on 5/23/2007, as follows:

My failure to attend the conference was because upon receipt of the original pre-trial order, I mistakenly recorded the conference date in my calendar as the incorrect date of May 29, 2007 rather than May 22, 2007.

This error was compounded the fact that prior to May 22nd, I did not see the May 18th email from Mara Martinelli reminding the litigants about the May 22, 2007 settlement conference. Upon receipt of the Show Cause Order that referenced the email, I opened Outlook on my computer and located the email in my deleted email folder. My only explanation for missing the email is that the sender's address simply read "Mara Martinelli" rather that the Court's address of cmecf@rid.uscourts.gov, and as I am not familiar with Ms. Martinelli, I must not have recognized her email as coming from the Court. Only after opening the email does the full address "Mara Martinelli [Mara_Martinelli@RID.USCOURTS.GOV]" appear. I get so many junk/spam emails everyday that unless I recognize the address of an email I typically delete it without opening it.

Notwithstanding the above explanation, I take full responsibility for this turn of events and assure the Court that my resulting failure to attend the settlement conference was completely inadvertent and unintentional. I offer my sincere apology to the Court and assure your Honor that such an occurrence will not happen in the future. I pray that the Court does not order sanctions, but will respectfully accept whatever ruling the Court deems appropriate.

Respectfully Submitted,

/s/ Albert E. Medici, Jr., Esq.