UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PROVIDENCE

MATTHEW FALCONE :

V. : C.A. No. 06-363 T

OPTION ONE MORTGAGE CORP. :
et al.

ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the Plaintiff.

Respectfully submitted this 22nd day of May, 2007.

Marty C. Marran Reg. No. 2855
260 Lonsdale Avenue
Pawtucket, RI 02860
(401) 725-1810
(401) 725-2244 fax

CERTIFICATION

I certify that on Mat 22, 2007 I did forward a true and correct copy of the above to CARROLL, KELLY & MURPHY, Patricia A. Buckley, Esquire One Turks Head Plaza, Suite 400, Providence, RI 02903 by hand delivery.