UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE Corp. and | : | |
| SOUTH COUNTY MORTGAGE CORP. | : | |

**DEFENDANT OPTION ONE MORTGAGE CORP.'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

Defendant Option One Mortgage Corp. hereby moves for an order of this Court compelling the plaintiff, Matthew Falcone, to answer interrogatories (Exhibit A attached hereto) and produce documents (Exhibit B attached hereto) in connection with requests served upon him on May 4, 2007, within ten days of the hearing hereon. In support of this motion, the Court is respectfully referred to the Memorandum of Law filed contemporaneously herewith.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

I hereby certify that I made a good faith effort to resolve this discovery dispute prior to filing this motion by speaking with plaintiff's counsel, Marty Marran, Esq., on July 18 and July 19, 2007.

/s/ Patricia A. Buckley

CERTIFICATION

I hereby certify that on the 24th day of July, 2007, I mailed a true copy of the within document to the plaintiff, Matthew Falcone, *pro se*, 31 America Street, Providence, RI 02903 via first class mail, postage prepaid and a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com and Marty Marran, Esq., jhugostraight@yahoo.com, will receive notice through the ECF system.

.

/s/ Patricia A. Buckley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE Corp. and | : | |
| SOUTH COUNTY MORTGAGE CORP. | : | |

**DEFENDANT, OPTION ONE MORTGAGE CORP.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

In support of its Motion to Compel the Plaintiff's Answers to Interrogatories and Production of Documents, defendant Option One Mortgage Corp. states as grounds therefore the following:

1. Interrogatories and a Request for Production were served upon the plaintiff on May 4, 2007. No responses have been received to date.
2. Discovery in this matter closes on August 3, 2007.
3. Counsel for the plaintiff recently asked for additional copies of the discovery and has indicated only that he is working on responses. No indication has been provided as to when responses might be forthcoming.
4. The discovery is necessary to the defendant's ability to properly prepare its defense in this matter.

WHEREFORE, defendant Option One Mortgage Corp. respectfully requests that its Motion to Compel answers to interrogatories and production of documents be

granted and that the plaintiff be ordered by this Court to provide responses within 10 days of the hearing hereon.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 24th day of July, 2007, I mailed a true copy of the within document to the plaintiff, Matthew Falcone, *pro se*, 31 America Street, Providence, RI 02903 via first class mail, postage prepaid and a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com and Marty Marran, Esq., jhugostraight@yahoo.com, will receive notice through the ECF system.

.

/s/ Patricia A. Buckley