UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATTHEW FALCONE :
:
vs. : C.A. No. 06-363 T
:
OPTION ONE MORTGAGE Corp. and :
SOUTH COUNTY MORTGAGE CORP. :

**DEFENDANT OPTION ONE MORTGAGE CORP.'S INTERROGATORIES ADDRESSED TO THE PLAINTIFF**

The defendant, Option One Mortgage Corp., propounds the following Interrogatories to the plaintiff, Matthew Falcone, to be answered under oath. These interrogatories shall be deemed to be continuing up to the time of trial so as to require supplemental answers if additional information or additional facts become available:

1. State with specificity the manner in which you determined that the "amount financed was understated by more than $95.00" as stated in paragraph 8 of your Verified Complaint.

2. Identify with specificity each and every document or source, including sources obtained from the internet, upon which you relied upon in responding to interrogatory number 1, above.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 4th day of May, 2007, I mailed a true copy of the within document to the plaintiff, Matthew Falcone, *pro se*, 31 America Street, Providence, RI 02903 and Marty Marran, Esq., Attorney at Law, 260 Lonsdale Avenue, Pawtucket, RI 02860 via first class mail, postage prepaid.