UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATTHEW FALCONE :
:
vs. :
:
OPTION ONE MORTGAGE CORP. and :
SOUTH COUNTY MORTGAGE CORP. :

PLAINTIFF'S RESPONSE TO INTERROGATORIES

1 State with specificity the manner in which you determined that the "amount financed was understated by more than $95.00" as stated in paragraph 8 of your Verified Complaint.

ANSWER:

I did not make the determination myself.

2. Identify with specificity each and every document or source, including sources obtained from the internet, upon which you relied upon (sic) in responding to interrogatory number 1 above.

ANSWER:

I relied on T.J. Henderson, P.O. Box 56 14219 Highway 98 Douds, IA. 52551 His phone number is (641) 936-4800 His office number is (641) 455-9239.

Subscribed and sworn to before me at Pawtucket, Providence County and State of Rhode Island this 26th day of August, 2007.

NOTARY PUBLIC
My Commission Expires 8/13/10