Marty C. Marran
Attorney and Counselor –at-Law

255 Main St. Ste 311
Pawtucket, RI 02860
(401) 722-8722

August 26, 2007

Roberts, Carroll & Kelly, PC
Attorney Patricia Buckley
400 Turks Head Building
Providence, RI 02903

Re: Falcone v. Capital One

Dear Ms. Buckley:

Attached please find the Answers to Interrogatories propounded to my client. I have previously made my client's entire physical file available to you for copying. Thus, there are no more documents, cd or other information available to you per your Request For Production.

Very truly yours,

Marty C. Marran