UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATTHEW FALCONE :
:
vs. : C.A. No. 06-363 T
:
OPTION ONE MORTGAGE Corp. and :
SOUTH COUNTY MORTGAGE CORP. :

**DEFENDANT OPTION ONE MORTGAGE CORP.'S REQUEST FOR PRODUCTION OF DOCUMENTS**

The defendant, Option One Mortgage Corp., in the above entitled matter requests that plaintiff, Matthew Falcone, produce for copying and/or inspection true copies of the following documents within forty (40) days:

1. Any and all documents which relate in any way to your assertion that the amount financed related to this transaction was understated by more than $95.00 as stated in paragraph 8 of your Verified Complaint.

2. Any and all documents, including those in electronic format which relate in any way to your communications with PMA No. 1 Mortgage Auditing.

3. Any and all documents which relate in any way to your communications at any point in time with South County Mortgage Corporation.

4. Any and all documents which relate in any way to communications with Option One Mortgage Corp.

5. Any and all documents which support the allegations contained in your Complaint that you are entitled to rescission of the Option One mortgage loan transaction, that Option One Mortgage Corporation engaged in unfair or deceptive practices and that Option One Mortgage Corp. has forfeited return of the loan proceeds.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

EXHIBIT
B

ALL-STATE LEGAL®