**Patricia Buckley**

**From:** cmecf@rid.uscourts.gov
**Sent:** Thursday, October 18, 2007 2:10 PM
**To:** cmecfnef@rid.uscourts.gov
**Subject:** Activity in Case 1:06-cv-00363-T-LDA Falcone v. Option One Mortgage Corporation et al Order on Motion to Compel

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Rhode Island**

## Notice of Electronic Filing

The following transaction was entered on 10/18/2007 at 2:09 PM EDT and filed on 10/18/2007
**Case Name:** Falcone v. Option One Mortgage Corporation et al
**Case Number:** 1:06-cv-363
**Filer:**
**Document Number:** No document attached

**Docket Text:**
TEXT ORDER granting absent opposition. LR Cv. 7(b)(1) [24] Motion to Compel More Responsive Answers to Plaintiff's Answers to Interrogatories and Production of Documents. So Ordered by Magistrate Judge Lincoln D. Almond on 10/18/07. (Noel, Jeannine)

**1:06-cv-363 Notice has been electronically mailed to:**

Patricia A. Buckley pbuckley@ckmlaw.com

Marty C. Marran jhugostraight@yahoo.com

Albert E. Medici amedici@medicisciacca.com

**1:06-cv-363 Notice has been delivered by other means to:**

Matthew Falcone
31 America Street
Providence, RI 02903

ALL-STATE LEGAL® EXHIBIT D