**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

MATTHEW FALCONE,
PLAINTIFF

v. C.A. No. 06-363T

OPTOIN ONE MORTGAGE CORPORATION,
ET AL.,
DEFENDANTS

**SHOW CAUSE ORDER**

On or before **February 22nd, 2008**, Plaintiff is hereby ordered to show cause, in writing, why the case should not be dismissed for failure to comply with the October 3rd, 2007 Pretrial Order issued by this Court. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 1/22/08

FORMS/SHWCAUS2.ORD