**Honorable Ernest Torres,**
**Judge**
**United States District Court**
**Providence, RI.**

**Re: FALCONE V. OPTION ONE MORTGAGE CORP et. Al**
**CASE CA-06 363-T**

**Dear Judge Torres,**

**I am respectfully requesting that this Court please grant an extension on the Motion to Dismiss this case as Filed by Ms. Buckley, Counsel for OPTION ONE MORTGAGE CORP. et al for the purpose of obtaining alternate counsel.**

**I have learned that my present counsel, attorney Marty Marran, has taken ill and apparently is unable to continue preparing effective representation of this case.**

**I have not been, nor have I been able to, contact attorney Marran since October/November of 2007. I had assumed however, that Mr. Marran had been receiving and responding to the pleadings in this case and only have just become aware that he has not been able to give proper attention to my case.**

**It now appears that opposing counsel has filed a motion to dismiss for failure to react to certain pleadings that I believe had been filed with the court and served on attorney Marran about which I recently learned by following my case on Pacer.**

**I feel that these events that have transpired are due to no fault of my own, but due to unforeseen circumstances, and I am asking this Court to take these events into consideration in granting my request for an extension.**

**I am still not in contact with Mr. Marran, nor do I know when it is likely or whether he even will recover well enough to continue representing me in this case. As such, I am also not aware of how to proceed pending Mr. Marran's recovery from illness.**

**Sincerely,**

**Matthew J. Falcone**

**Plaintiff**

**CF: Patricia Buckley,**
**Counsel for OPTION ONE MORTGAGE CORPORATION**
(401) 331-4404 (fax)

I hereby certify that a copy of this motion was faxed to Patricia Buckley on Feb. 21, 2008 attorney for defendant.

**FAX TRANSMITTAL SHEET**

**TO: PATRICIA BUCKLEY**
**CARROLL, KELLY & MURPHY**
**FAX: 401-331-4404**

**FROM: MATTHEW FALCONE**

**RE: CASE # CA-06 363T**

**SUBJECT: LETTER TO JUDGE TORRES**
**US DISTRICT COURT**
**PROVIDENCE, RI**

**Please find attached a copy of letter submitted to Presiding Judge Torres regarding this case.**