UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE Corp. and SOUTH COUNTY MORTGAGE CORP. | : | |

**DEFENDANT OPTION ONE MORTGAGE CORP.'S OBJECTION TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

Defendant Option One Mortgage Corp. hereby objects to the plaintiff's Motion for Extension of Time For the Purpose of Obtaining Alternate Council and asserts as grounds therefore that this is the second time that the plaintiff has delayed this case for the purpose of obtaining counsel which has now been pending since September of 2006 and his request is unfair and prejudicial to the defendant. In further support of this objection, the Court is respectfully referred to the Memorandum of Law filed contemporaneously herewith.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley

PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 18th day of January, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com and Marty Marran, Esq., jhugostraight@yahoo.com, will receive notice through the ECF system. Further, a copy of the within was mailed to the plaintiff, Matthew Falcone, 31 America Street, Providence, RI, 02903 on February 26, 2008.

.

/s/ Patricia A. Buckley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE Corp. and | : | |
| SOUTH COUNTY MORTGAGE CORP. | : | |

**DEFENDANT, OPTION ONE MORTGAGE CORP.'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

In support of its objection to the plaintiff's Motion For an Extension of Time For the Purpose of Obtaining Alternate Counsel, Option One Mortgage Corp. states as grounds therefore the following:

1. This matter concerns the plaintiff's attempts to avoid foreclosure on his property even though he has paid nothing on the mortgage since February of 2006 – two years ago. During that time, he has been living in the property without paying anything at all for the privilege. For this reason, delaying the resolution of this case is greatly to the advantage of Mr. Falcone and greatly prejudices Option One.

2. Attorney Marty C. Marran is currently the attorney of record for the plaintiff in this action. To the best of counsel's knowledge, Mr. Marran has not moved to withdraw or otherwise properly indicated to the Court or opposing counsel his inability to continue representation.

3. Mr. Falcone's letter/motion of February 21, 2008 does not provide the basis for his statements about Attorney Marran's current health situation.

4. Mr. Falcone has repeatedly delayed this matter by requesting continuances to obtain counsel after commencing this action *pro se*. It was necessary for his deposition to be continued numerous times and for counsel to obtain two court orders before Mr. Falcone finally obtained counsel and appeared for his deposition. He originally requested a continuance to obtain counsel on November of 2006 and did not sit for his deposition thereafter until six months later in April of 2007 at which time Attorney Marran appeared with him but did not file an entry of appearance with the Court until May 22, 2007.

5. Mr. Falcone has received copies of all documents filed by Option One in this case in addition to Mr. Marran and has further indicated that he has followed his case on Pacer, so he has been well aware of what has been transpiring.

6. Mr. Falcone has indicated that he has been unable to communicate with Mr. Marran since October/November of 2007 but he has not indicated what he has done to remedy this situation, what he has done to secure alternative representation in the ensuing four months or why he did not come to this court sooner to determine an appropriate course of conduct.

7. Defendant Option One Mortgage Corp. opposes any further delay in this matter and requests that if Mr. Falcone's Motion is granted the time period allowed for him to obtain alternative counsel and respond to Option One's Motion to Dismiss be extremely brief and that Mr. Falcone be required to adhere to it.

8. Mr. Falcone made the decision to commence this action *pro se*, as was his right. However, he cannot be permitted to use that status or his inability to obtain counsel to continue to delay Option One's right to an expeditious resolution of this matter.

WHEREFORE, defendant Option One Mortgage Corp. respectfully requests that the plaintiff's Motion be denied and further requests that if the Motion is granted, the court limit the extension to a very brief period with the understanding that, absent extraordinary circumstances, no further extensions will be allowed.

OPTION ONE MORTGAGE CORP.,
By its Attorneys,
CARROLL, KELLY & MURPHY

/s/ Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272
(401) 331-4404 (fax)
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 18th day of January, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com and Marty Marran, Esq., jhugostraight@yahoo.com, will receive notice through the ECF system. Further, a copy of the within was mailed to the plaintiff, Matthew Falcone, 31 America Street, Providence, RI, 02903 on February 26, 2008.
.

/s/ Patricia A. Buckley