UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATTHEW FALCONE

v. CA No. 06-363T

OPTION ONE MORTGAGE
CORPORATION, ET AL.

**ORDER**

Plaintiff's Motion for Extension of Time in which to respond to the Defendant's Motion to Dismiss and the Show Cause Order issued by this Court on January 22, 2008 is hereby GRANTED as follows:

1. Plaintiff may have until March 31, 2008 to respond to the Motion to Dismiss. No further extensions will be granted.

2. If the Motion to Dismiss is denied, the Plaintiff shall file his pretrial memorandum no later than 20 days thereafter. Failure to do so will result in dismissal.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: 3/19, 2008