United States District Court
For the District of Rhode Island

| | | |
|---|---|---|
| MATTHEW FALCONE | : | |
| | : | |
| v. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE CO., ET AL. | : | |

MOTION BY PLAINTIFF'S COUNSEL FOR PREMISSION TO WITHDRAW

Now comes MARTY C. MARRAN, ESQUIRE and respectfully submits as follows:

1. Since his entry of appearance the petitioner has suffered increasingly difficult bouts with depression which has progressed to a point where is, at least temporarily unable to fulfill his professional duties to this client. Petitioner is under care of Dr. Joseph Harwell of Miriam Hospital.

2. Moreover, the petitioner is no longer associated with Edward G. Lawson from whom the petitioner acquired office space and use of his equipment.

3. This situation has persisted since August, 2007. The petitioner has no internet access readily available, no income, and no place from which to adequately represent the Plaintiff in this or any matter. He is, or is aboutr to be on inactive status with the Rhode Island Supreme Court.

WHEREFORE, the Petitioner respectfully requests that he be allowed to withdraw his appearance, and that he be granted all such and other relief deemed meet and just by this Honorable Court.

Respectfully submitted this 9th day of April, 2008.

Marty C. Marran Reg. No. 2855
51 Carlson Circle
West Warwick, RI 02893
(401) 821-0815

CERTIFICATION

A true copy of the foregoing motion was sent to Patricia Buckley, Esquire for the Defendants, and Matthew Falcone on April 9, 2008 by regular mail, first class, postage prepaid.