UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE. | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE and | : | |
| SOUTH COUNTY MORTGAGE CORP. | : | |

DEFENDANT OPTION ONE MORTGAGE'S
MOTION FOR ENTRY OF DEFAULT JUDGMENT
AS TO COUNT II OF ITS COUNTERCLAIM

Defendant Option One Mortgage ("Option One") hereby moves for an order of this Court entering default judgment against the plaintiff, Matthew Falcone, as to Count II of Option One's Counterclaim and asserts as grounds therefore that this Court dismissed the plaintiff's claims against Option One Mortgage on April 23, 2008 and entered default against the plaintiff as to Option One's Counterclaim on May 28, 2008. The defendant requests that default judgment now enter in its favor as to Count II of its Counterclaim to Quiet Title for the purposes of voiding and dissolving the Affidavit of Lis Pendens, Notice and Complaint filed by the plaintiff in the Land Evidence Records of the City of Providence on August 10, 2006 at Book 8219, pages 24 – 33, which documents are impairing title to the subject property and preventing Option One from exercising its rights of foreclosure. Option One asks that this Court use its equitable powers to enter an Order that the defendant may record which declares null and void the subject documents.

It is Option One's intention to hold off on requesting entry of judgment as to Count I of its Counterclaim for Breach of Contract until the foreclosure occurs and Option One is better able to determine the amount of its remaining monetary damages, if any.

In support of this Motion the Court is respectfully referred to the Affidavit and Memorandum of Law filed contemporaneously herewith.

OPTION ONE MORTGAGE
By its Attorneys,
CARROLL KELLY & MURPHY

/s/Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 19th day of June, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com and Marty Marran, Esq., jhugostraight@yahoo.com, will receive notice through the ECF system; and that a true copy was mailed via first class mail to the plaintiff, pro se as follows: Matthew Falcone, PO Box 8299,Cranston, RI, 02920.

.

/s/ Patricia A. Buckley

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MATTHEW FALCONE. | : | |
| | : | |
| vs. | : | C.A. No. 06-363 T |
| | : | |
| OPTION ONE MORTGAGE and | : | |
| SOUTH COUNTY MORTGAGE CORP. | : | |

DEFENDANT OPTION ONE MORTGAGE'S MEMORANDUM
IN SUPPORT OF ITS MOTION FOR ENTRY OF DEFAULT JUDGMENT
AS TO COUNT II OF ITS COUNTERCLAIM

This matter began as a Truth in Lending Act case concerning a mortgage loan in the amount of $180,500.00 given to the plaintiff by defendant Option One Mortgage Corp. ("Option One") on December 2, 2004 for the plaintiff's property at 31 America Street in Providence, Rhode Island ("the Property"). The plaintiff directly received $174,017.25 from the loan which he used to make investments and intended to obtain the funds to make the monthly payments to pay back the loan from the funds he would generate from these investments. He made payments until February of 2006 and then stopped when his money ran out. He thereafter commenced a letter writing campaign that variously demanded that Option One sign an affidavit supplied by the plaintiff, disclaimed any obligation under the mortgage loan and advised Option One that its mortgage and note were unenforceable.

Option One commenced foreclosure proceedings in August of 2006 and the

plaintiff responded by commencing this action, pro se[1] and filing a number of documents in the Land Evidence Records for the City of Providence at Book 8219, Pages 24-33, including a hand-written "Notice"[2], a copy of the Complaint that he filed in this Court and an "Affidavit of Lis Pendens" which challenge the validity of the mortgage on the Property and purport to render the mortgage null and void. Copies of these documents are attached as Exhibit A to the Affidavit of John McCoy, Esq. which is Exhibit 1 hereto. When the Complaint was filed, Option One voluntarily discontinued its foreclosure efforts pending a determination of the plaintiff's claims by this Court. No restraining order was ever affirmatively sought by the plaintiff (beyond his request in his Complaint) or entered by the Court as to the foreclosure.

On April 23, 2008, the Court entered an Order granting Option One's Motion to Dismiss and for Entry of Default against the plaintiff as to Option One's Counterclaim based on the plaintiff's failure to comply with the Court's orders, including discovery and pre-trial Orders. On May 28, 2008, the clerk's Entry of Default as to the plaintiff was entered. Any chance that the plaintiff had to prove his claims as to the invalidity of the Option One Note and Mortgage ended with the entry of these orders.

As a consequence of the dismissal of the plaintiff's action against Option One, Option One now wishes to move forward with foreclosure against the Property

[1] The plaintiff eventually obtained counsel but his attorney has since withdrawn and the plaintiff is, again, pro se in this action.

[2] The Notice states that "a motion has been filed in the US District Court in Rhode Island enjoining the lender, Option One Mortgage Corporation and its agents from conducting any foreclosure sale and/or transfer of title to the property located at 31 America St., Providence, Rhode Island".

pursuant to the terms of the Option One Note and Mortgage. However, the documents recorded by the plaintiff on August 10, 2006 with the Land Evidence Records of the City of Providence provide an impediment in that they cloud the title that Option One would pass to any purchaser. It is necessary, therefore, that Option One obtain an order from this Court voiding and dissolving the Notice, Complaint and Affidavit of Lis Pendens in accordance with Count II of its Counterclaim seeking to Quiet Title. Since the plaintiff's claims against Option One have been dismissed and the plaintiff no longer has a claim against Option One arising from this suit, the recorded documents serve no legitimate purpose and they must be cleared from the title to the Property. The only way to do this at this point is with an Order from this Court that can then be recorded in the Land Evidence Records of the City of Providence. A proposed Order is attached hereto as Exhibit 2.

This would leave the claim asserted by Option One in Count I of its Counterclaim for Breach of Contract remaining to be resolved. Option One proposes to complete the foreclosure relative to the Property so that it will be able to conclusively advise the Court as to the extent of its remaining monetary damages, if any, and then resolve that count through a separate Motion for Entry of Default Judgment as expeditiously as possible.

For these reasons, Option One hereby moves at this time for an order of this Court entering default judgment against the plaintiff, Matthew Falcone, as to Count II of Option One's Counterclaim and respectfully requests an Order of this Court in the form attached hereto as Exhibit 2 declaring void and dissolved the Affidavit of

Lis Pendens, Notice and Complaint filed by the plaintiff in the Land Evidence Records of the City of Providence on August 10, 2006 at Book 8219, pages 24 – 33, thereby removing any impediment to Option One's ability to foreclose on the Property.

OPTION ONE MORTGAGE
By its Attorneys,
CARROLL KELLY & MURPHY

/s/Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

CERTIFICATION

I hereby certify that on the 19th day of June, 2008, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Albert E. Medici, Jr., Esq., amedici@medicisciacca.com and Marty Marran, Esq., jhugostraight@yahoo.com, will receive notice through the ECF system; and that a true copy was mailed via first class mail to the plaintiff, pro se as follows: Matthew Falcone, PO Box 8299,Cranston, RI, 02920.

.

/s/ Patricia A. Buckley