UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MATTHEW FALCONE.                          :
                                          :
        vs.                               :      C.A. No. 06-363 T
                                          :
OPTION ONE MORTGAGE and                   :
SOUTH COUNTY MORTGAGE CORP. :

## ORDER

This matter having come before Senior Justice Torres on September 11, 2008 on the Motion by Defendant Option One Mortgage for entry of Default Judgment as to Count II of its Counterclaim against plaintiff, Matthew Falcone, it is hereby

## O R D E R E D

The plaintiff's Complaint against defendant Option One Mortgage having been dismissed by the Court on April 23, 2008 and the plaintiff having been defaulted as to the Counterclaim asserted against him by Option One Mortgage on April 23, 2008, the defendant's Motion is granted.  Default Judgment shall enter in favor of Defendant Option One Mortgage on Count II of its Counterclaim and against the plaintiff as follows:

The documents entitled "Notice", "Complaint" and "Affidavit of Lis Pendens" recorded by the plaintiff in the Registry of Deeds of the City of Providence on August 10, 2006 at Book 8219, pages 24 – 33 are hereby declared null and void and are dissolved as if said documents had never been filed.

ENTER:                                    BY ORDER:

_____                 _____
                          J.                                      Clerk

Dated: _____

Presented by:

_____
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com