UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MATTHEW FALCONE

v.                                                                                          CA 06-363 ML

OPTION ONE MORTGAGE CORP.,
SOUTH COUNTY MORTGAGE CORP.

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on July 21, 2009. No party has filed any objection, and the time for doing so has expired. Accordingly, the Court adopts the Report and Recommendation. Option One's Motion to Voluntarily Dismiss Count I of its counterclaim (Document #44) is GRANTED and South County Mortgage Corporation's Motion to Dismiss Plaintiff's state law claims against it (Document #43) is GRANTED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
August 6, 2009